**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00450-CV**
_____

**VALERIE MCCONNIN, Appellant**

**V.**

**KAREN FAUST AND HUNTER L. FAUST, Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-03-03791-CV**

**MEMORANDUM OPINION**

Valerie McConnin, Appellant, filed a notice of appeal from a judgment that the trial court signed on November 22, 2024. Upon receiving the notice of appeal, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. *See* Tex. R. App. P. 5, 12.1(b). By letter dated January 30, 2025, we warned Appellant that Appellant had not paid the filing fee as directed in our previous letter and Bill of Costs previously forwarded to Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We also warned Appellant that unless the

1

filing fee was paid, the appeal would be dismissed without further notice on any date after Monday, February 10, 2025.

Appellant did not file a statement of inability to pay costs in this matter and has not shown that she is entitled to proceed without payment of costs. *See id*. 20.1. Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id*. 42.3(c). We dismiss the appeal for want of prosecution. *See id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 26, 2025
Opinion Delivered February 27, 2025

Before Golemon, C.J., Wright and Chambers, JJ.

2